UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

25cr448 JRT/LIB

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **INDICTMENT** |
| Plaintiff, | ) ) | 18 U.S.C. § 922(g)(5)(A) |
| v. | ) ) | 18 U.S.C. § 924(a)(8) 18 U.S.C. § 924(d)(1) |
| ARCADIO CARRERA-FLORES, | ) ) | 28 U.S.C. § 2461(c) 18 U.S.C. § 1546(a) |
| Defendant. | ) ) | 8 U.S.C. § 1325(a)(1) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Alien in Possession of a Firearm)

On or about October 29, 2025, in the State and District of Minnesota, the defendant,

**ARCADIO CARRERA-FLORES,**

knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, that is, a Glock 43X handgun bearing serial number BXCL886; all in violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(8).

### COUNT 2
(Possession of Fraudulent Documents)

On or about October 29, 2025, in the State and District of Minnesota, the defendant,

**ARCADIO CARRERA-FLORES,**



SCANNED
NOV 20 2025
U.S. DISTRICT COURT MPLS

*United States v. Arcadio Carrera-Flores*

did knowingly possess an alien registration receipt card and other documents prescribed by statute or regulation for entry into or as evidence of authorized stay or employment in the United States, that is a Permanent Resident card and Social Security card in the name Arcadio Carrera Flores, which the defendant knew to be forged, counterfeited, altered, falsely made, and unlawfully obtained; in violation of Title 18, United States Code, Section 1546(a).

## COUNT 3
(Improper Entry of an Alien)

On or about October 29, 2025, in the State and District of Minnesota, the defendant,

**ARCADIO CARRERA-FLORES,**

an alien, was found in the United States after having entered at a place other than designated by immigration officers and having knowingly eluded examination and inspection by immigration officers; all in violation of Title 8, United States Code, Section 1325(a)(1).

## FORFEITURE ALLEGATIONS

Counts 1–3 of this Indictment are hereby realleged and incorporated as if fully set forth herein by reference, for the purpose of alleging forfeitures.

If convicted of any Count of the Indictment, the defendant shall forfeit to

*United States v. Arcadio Carrera-Flores*

the United States, pursuant to Title 18, United States Code, Section 924(d)(1), in conjunction with Title 28, United States Code, Section 2461(c), any firearms, accessories or ammunition involved in or used with the commission of the violation, including but not limited to:

1. A Glock 43X handgun bearing serial number BXCL886 with a Trijicon RMR and a Stream Light TRL-7 Sub flashlight attached to it; and
2. Any ammunition and magazines seized therewith.

A TRUE BILL

_____        _____
UNITED STATES ATTORNEY                FOREPERSON